IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  NO. 3:24-CR-50

WILLIAM JERMAINE BROWN

**ORDER**

On January 3, 2025, William Jermaine Brown filed an amended motion requesting that the money paid as security for his bond by Tim Stabenow be returned to Stabenow. Doc. #29.

Upon consideration,[1] the amended motion [29] is **GRANTED**.[2] The Clerk of the Court shall remit to Stabenow all funds, in the amount of $1,000.00, paid as security for Brown's bond.

**SO ORDERED**, this 7th day of January, 2025.

/s/ Debra M. Brown
**DEBRA M. BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[1] As Brown correctly notes, the Court remanded Brown to the custody of the United States Marshals after he entered a guilty plea. Doc. #29 at 1. And Stabenow signed the bond as Brown's surety. Doc. #4 at PageID 17.

[2] Brown's original motion, which the Court granted, indicated Stabenow's first name as "Troy." Doc. #27 at 1; Doc. #28.